# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**224**
**KA 12-00721**
PRESENT: CENTRA, J.P., FAHEY, CARNI, LINDLEY, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

DONALD A., DEFENDANT-APPELLANT.

---

WAGNER & HART, LLP, OLEAN (JANINE C. FODOR OF COUNSEL), FOR DEFENDANT-APPELLANT.

LORI P. RIEMAN, DISTRICT ATTORNEY, LITTLE VALLEY, FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from an adjudication of the Cattaraugus County Court (Larry M. Himelein, J.), rendered October 17, 2011.  Defendant was adjudicated a youthful offender.

    Now, upon reading and filing the stipulation of discontinuance signed by defendant on November 11, 2012 and by the attorneys for the parties on December 10 and December 14, 2012,

    It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered:  March 15, 2013                    Frances E. Cafarell
                                            Clerk of the Court